UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES THOMAS,<br><br>                    Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK; DOC; ARRESTING OFFICER; ETC.,<br><br>                    Defendants. | 19-CV-11028 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

This order is to be mailed in chambers.

SO ORDERED.

Dated:   April 10, 2020
         New York, New York

                                                    _____
                                                             Louis L. Stanton
                                                                U.S.D.J.